UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANTA CORONA DEL MAR INVESTMENTS dba PANINI CAFE, a California corporation, MIKE RAFIPOOR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PANINI COSMOPOLITAN CAFE, INC. dba PANINI COSMOPOLITAN CAFE, a California corporation; MIKE MOKHTARE, an individual; MOE GHAZI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. SACV14-00985 CBM (ANx)<br><br>**PERMANENT INJUNCTION [42]** |

    This matter came before the Court upon stipulation of Plaintiffs SANTA CORONA DEL MAR INVESTMENTS dba PANINI CAFE ("Panini") and MIKE RAFIPOOR ("Rafipoor") (collectively "Plaintiffs"), on the one hand, and Defendants XI BISTRO, INC., formerly known as PANINI COSMOPOLITAN CAFE, INC. ("PCC") and MIKE MOKHTARE ("Mokhtare") (collectively "Defendants"), on the other hand. The Court, finding good cause therefor, hereby

orders as follows:

IT IS HEREBY ORDERED that Defendants and their employees, contractors, agents, servants, employees, representatives, and attorneys, and all persons acting in concert or participating with them, are permanently enjoined from the following:

1. Using the Panini Cafe Trademarks, which are attached hereto as Exhibit A, in connection with Defendants' goods, marketing, advertising, or promotion materials, or otherwise in connection with Defendants' business;

2. Using the Panini Cafe Copyrights, which are registered as works of visual arts with the United States Copyright Office under Case Nos. 1537392661, 1537392707, 1537393043, 1537392964, 1537393268, and 1537393303, in connection with Defendants' goods, marketing, advertising, or promotion materials, or otherwise in connection with Defendants' business;

3. Using confusingly similar variations of the Panini Cafe Trademarks causing likelihood of confusion, deception, and/or mistake as to the source, nature, and/or quality of Defendants' goods and services;

4. Using the name "Panini Cosmopolitan Cafe" in any manner;

5. Otherwise infringing the Panini Cafe Trademarks;

6. Otherwise infringing the Panini Cafe Copyrights;

7. Falsely designating the origin of Defendants' goods and services as originating from Plaintiffs; and

8. Causing likelihood of confusion, mistake, and/or deception as to the source, nature, and/or quality of Defendants' goods and services.

The above permanent injunctive order is effective immediately.

IT IS SO ORDERED.

Date: February 4, 2015

_____
Hon. Consuelo B. Marshall
United States District Judge